applicable Guidelines sentence range, which is determined before any departure or variance. U.S.S.G. § 1B1.10(a)(2)(B); U.S.S.G. § 1B1.10, comment. (n.1(A)). Thus, the defendants applicable sentence ranges for the purpose of determining their eligibility for a sentence reduction are the ranges produced by applying the career offender sentence range without regard to any downward departure or variance, and those ranges were not lowered by Amendment 750.

Finally, the defendants' arguments regarding the definition of "applicable guideline range" in the 2011 guidelines commentary are also unavailing. Section 3582(c)(2) explicitly incorporates applicable policy statements issued by the Sentencing Commission, and we have previously rejected the argument that the amendments to § 1B1.10 violated the Ex Post Facto Clause. *See* 18 U.S.C. § 3582(c)(2); *Colon*, 707 F.3d at 1258–59. Accordingly, the district court did not err in denying the defendants' motions for a sentence reduction because they were sentenced as career offenders, and we affirm.

AFFIRMED.

Robert A. DAVIS, Elton D. Davis, Elton Davis Trucking, Plaintiffs–Appellants,

v.

AT & T, INC., et al., Defendants,

Bellsouth Telecommunications, Inc., d.b.a. AT & T Alabama, Defendant–Appellee.

Robert A. Davis, et al., Plaintiffs,

Canal Insurance Company, Intervenor–Appellant,

v.

AT & T, Inc., et al., Defendants,

Bellsouth Telecommunications, Inc., d.b.a. AT & T Alabama, Defendant–Appellee.

Nos. 12–14399, 12–14839.

United States Court of Appeals, Eleventh Circuit.

Aug. 26, 2013.

Michael K. Beard, Thomas Marshall Powell, Marsh Rickard & Bryan, PC, Birmingham, AL, for Plaintiffs.

Jeffrey Edward Holmes, Joseph W. Carlisle, Gilpin Givhan, PC, Birmingham, AL, for Defendants.

Before CARNES, Chief Judge, TJOFLAT, Circuit Judge, and MARRA,* District Judge.

PER CURIAM:

After considering the briefs and the relevant parts of the record, and hearing oral argument, we affirm for the reasons set

---

* Honorable Kenneth A. Marra, United States District Judge for the Southern District of Florida, sitting by designation.

out on pages 18 through 24 of the district court's opinion.

**AFFIRMED.**

**Walter CADMAN, Plaintiff–Appellee,**

v.

**UNITED STATES of America, Defendant–Appellant.**

**No. 12–16590 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 29, 2013.